IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISIONI

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) ) | Case No. 1:05-CV-1062-MEF-CSC |
| v. ) ) | |
| THE BERRY COMPANY, et al., ) ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT
BY DEFENDANT THE BERRY COMPANY**

Pursuant to this Court's general order of January 14, 2004 (Civil Misc. No. 3047), defendant The Berry Company, properly known and identified as L. M. Berry and Company, hereby discloses that it is a wholly-owned subsidiary of BellSouth Enterprises, Inc., which is a wholly-owned subsidiary of BellSouth Corporation, a corporation that issues shares to the public.

_____
Craig A. Alexander (ASB-3390-N68C)
Counsel for Defendant The Berry Company

OF COUNSEL:

ADAMS AND REESE, LLP
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

>John E. Byrd
>P.O. Box 536
>Dothan, AL 36302

On this the 9th day of November, 2005.

>_____
>OF COUNSEL