IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISIONI

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-1062-MEF-CSC |
| v. | ) ) ) | |
| THE BERRY COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT
## BY DEFENDANT CENTURYTEL

Pursuant to this Court's general order of January 14, 2004 (Civil Misc. No. 3047), defendant CenturyTel, properly known and identified as CenturyTel Service Group, L.L.C., hereby discloses that it is affiliated with CenturyTel, Inc. a corporation that issues shares to the public.

_____
Craig A. Alexander (ASB-3390-N68C)
Counsel for Defendant CenturyTel

OF COUNSEL:

ADAMS AND REESE, LLP
2100 Third Avenue North, Suite 1100
Birmingham, AL  35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

>John E. Byrd
>P.O. Box 536
>Dothan, AL 36302

On this 9th day of November, 2005.

_____
OF COUNSEL