IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC. ) ) ) Plaintiff, ) ) v. ) ) THE BERRY COMPANY, et. al., ) ) Defendants. ) | Case No. 1:05-cv-1062-F |

## ORDER

This cause is before the Court on Plaintiff's Motion to Amend the Complaint (Doc. # 5). Upon consideration, the motion is hereby GRANTED.

DONE this 17th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE