IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND, HOME BUILDING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.1:05-cv-1062-F ) |
| CENTURYTEL SERVICE GROUP, L.L.C., *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for More Definite Statement (Doc. #2) filed on November 9, 2005, it is hereby

ORDERED that the plaintiff show cause in writing on or before December 29, 2005 as to why the motion should not be granted.

DONE this the 16th day of December, 2005.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE