IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-1062-F |
| CENTURYTEL SERVICE GROUP, LLC, *et. al.*, | ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This cause is before the Court on Plaintiff's Motion to Deny Defendants Motion for

a More Definite Statement (Doc. # 9).  Because the Court has already ruled on Defendants'

Motion for a More Definite Statement, it is hereby

ORDERED that Plaintiff's Motion (Doc. # 9) is DENIED AS MOOT.

DONE this the 4th day of January, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE