IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISIONI

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-CV-1062-MEF-CSC |
| v. ) ) | |
| THE BERRY COMPANY, et al., ) ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS BY COUNSEL FOR DEFENDANTS THE BERRY COMPANY AND CENTURYTEL

The undersigned counsel of record for Defendants The Berry Company and CenturyTel hereby gives notice to the clerk of court and to counsel of record in this civil action of the following change of address and telephone and facsimile number:

Craig A. Alexander
Rumberger, Kirk & Caldwell
2700 Highway 280 East
Suite 480W, Mountain Brook Center
Birmingham, AL 35223-2446
Tele: 205-327-5550
Fax: 205-326-6786

The undersigned's e-mail address is calexander@rumberger.com.

_____
Craig A. Alexander (ASB-3390-N68C)
RUMBERGER, KIRK & CALDWELL, PA, PC
Mountain Brook Center, Suite 480W
2700 Highway 280 East
Birmingham AL 35223-2446
Counsel for Defendants The Berry Company and CenturyTel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by CM/EFC -- E Service and U. S. Mail:

> John E. Byrd
> P.O. Box 536
> Dothan, AL 36302

On this 12th day of January, 2006.

_____
OF COUNSEL

75358