IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-1062-F |
| v. | ) ) | |
| L. M. BERRY AND COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## ANSWER OF DEFENDANT L. M. BERRY AND COMPANY

Defendant L. M. Berry and Company ("Berry") answers the amended complaint of plaintiff Lattime Construction and Home Building, Inc. as follows:

1. The allegations of paragraph 1 are admitted, except that Berry states that it is a corporation incorporated under the laws of the State of Georgia and has its principal place of business in the State of Ohio.

2. The allegations of paragraph 2 are not directed against Berry, and it neither admits nor denies the allegations of paragraph 2. To the extent that paragraph 2 is deemed to contain any allegations directed against Berry, those allegations are denied.

### Answer to Count One

3. Berry admits that the plaintiff entered into a contract with Berry on or about July 14, 2003 for the publication of advertising in the Dothan, Alabama "CenturyTel" telephone directory. The remaining allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

5.  Berry lacks sufficient knowledge or information to form a belief of the truth of the allegations of paragraph 5 of plaintiff's complaint, and Berry therefore denies those allegations.

### Answer to Count Three

6.  Berry lacks sufficient knowledge or information to form a belief of the truth of the allegations that the plaintiff discovered the matters asserted in paragraph 10 of plaintiff's complaint on or about December 2003, and therefore Berry denies those allegations. Berry denies that it committed a negligent or wanton act in publishing the plaintiff's listings in the subject telephone directory.

7.  The allegations of paragraph 11 are denied.

8.  Berry lacks sufficient knowledge or information to form a belief of the truth of the allegations of paragraph 12 of plaintiff's complaint, and Berry therefore denies those allegations.

In further answer to plaintiff's complaint, Berry pleads as follows:

### First Defense

Count Three of plaintiff's complaint fails to state a claim on which relief can be granted.

### Second Defense

Count Three of plaintiff's complaint is barred by the two-year statute of limitations applicable to claims for negligence or wantonness under Alabama law.

### Third Defense

The plaintiff, acting by and through its agents or employees, was guilty of negligence which caused or contributed to cause its claimed damages.

### Fourth Defense

The plaintiff has failed to mitigate its damages.

### Fifth Defense

Under the contract made the basis of plaintiff's claim for breach of contract, the liability for any error or omission in plaintiff's advertising is limited to the amount of the charges for the advertising in which the error or omission occurred.

                                    _____
                                    Craig A. Alexander (ASB-3390-N68C)
                                    Counsel for Defendant
                                    L. M. Berry and Company

OF COUNSEL:

Rumberger, Kirk & Caldwell, PA PC
Mountain Brook Center, Suite 480
2700 Highway 280 East
Birmingham, AL 35223-246
Telephone: (205) 327-5550
Facsimile: (205) 326-6786

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

            John E. Byrd
            P.O. Box 536
            Dothan, AL 36302

On this 23rd day of January, 2006.

                                    _____
                                    OF COUNSEL