**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 16, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Lattime Construction and Home Building, Inc. v. Centurytel Service Group, LLC, et al.** |
| **Case Number:** | **#1:05-cv-01062-MEF** |
| **Referenced Document:** | **Document #21**<br>**Report of Parties' Planning Meeting** |

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf contained a signature that was signed with permission which is not acceptable in our district. The corrected pdf is attached to this notice.**