IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND<br>HOME BUILDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-1062-MEF |
| | ) | |
| CENTURYTEL SERVICE GROUP,<br>LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 14, 2006 by telephone and was attended by:

John E. Byrd, for plaintiff Lattime Construction and Home Building, Inc.

Craig A. Alexander, for defendants CenturyTel Service Group LLC and L. M. Berry and Company.

2.      **Pre-discovery Disclosures.** The parties will exchange by March 31, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

3.      **Discovery Plan.** The parties jointly propose the following discovery plan:

Discovery will be needed on the following subjects: The circumstances surrounding the formation of, and the terms of, the contract for the publication of plaintiff's advertising in the 2003-2004 Dothan CenturyTel directory, and other matters relating to the claims of plaintiff and the defenses of the defendant, including plaintiff's claimed damages.

All discovery is to be commenced in time to be completed by November 27, 2006.

Maximum of 60 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 6 depositions by plaintiff(s) and 6 by defendant(s).

Each deposition limited to maximum of 3 hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

> from plaintiff(s) by September 15, 2006.
> from defendant(s) by October 27, 2006.

Supplementations under Rule 26(e) due September 1, 2006.

4.      **Other Items.**

The parties do **not** request a conference with the court before entry of a scheduling order.

The parties request a pretrial conference in January, 2007.

Plaintiff should be allowed until May 15, 2006 to join additional parties and until June 1, 2006 to amend the pleadings.

Defendants should be allowed until May 15, 2006 to join additional parties and until June 21, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by October 2, 2006.

Settlement cannot be evaluated prior to the completion of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

> from plaintiff(s) by January 26, 2007.
> from defendant(s) by January 26, 2007.

Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by February 26, 2007 and at this time is expected to take approximately 2 days to try.

Pursuant to Section II.A.C. of the CM/ECF Administrative Procedures – Civil, counsel for defendants CenturyTel Service Group LLC and L. M. Berry and Company certifies that counsel for all parties have agreed to the filing of this Report of Parties' Planning Meeting.

Date: February 15, 2006

JOHN E. BYRD
Attorney for the Plaintiff,
Lattime Construction and
Home Building, Inc.

CRAIG A. ALEXANDER
Attorney for defendants CenturyTel
Service Group, LLC and L. M. Berry and
Company