IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:05-CV-1062-MEF-CSC |
| L. M. BERRY AND COMPANY, et al., ) | |
| Defendants. ) | |

RECEIVED

2006 FEB 23 A 10:30

## MOTION OF MICHAEL L. WADE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Michael L. Wade, having previously entered an appearance for defendants L. M. Berry and Company and CenturyTel Service Group, LLC in this action, hereby moves this Court for an order permitting his withdrawal as counsel for this defendant, and in support of this motion shows unto the Court the following grounds:

1. Your movant no longer practices law in the State of Alabama, having recently taken a position as an associate at the law firm of Moore & Van Allen in Charlotte, North Carolina.

2. The representation of the defendants will be continued by Craig A. Alexander of Rumberger, Kirk & Caldwell. Mr. Alexander endorses this motion and it has been signed by Mr. Alexander as well as by your movant.

3. This civil action is not presently set for trial and your movant respectfully submits that the granting of this motion to withdraw will not unduly delay the resolution of this civil action and will result in no prejudice to any party to this action.

WHEREFORE, Michael L. Wade, Jr., respectfully moves this Court to enter an order permitting his withdrawal as counsel for the defendant.

                                             /s/ Michael L. Wade, Jr.
                                             Michael L. Wade, Jr. (ASB-5969-L54W)
                                             Counsel for Defendants

                                             /s/ Craig A. Alexander
                                             Craig A. Alexander (ASB-3390-N68C)
                                             Counsel for Defendants

OF COUNSEL:

RUMBERGER, KIRK & CALDWELL, PA, PC
Mountain Brook Center, Suite 480
2700 Highway 280 East
Birmingham, AL 35223-2446
Telephone:   (205) 327-5550
Facsimile:   (205) 326-6786

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on counsel of record for the plaintiff by placing same in the United States Mail, properly addressed and first class postage prepaid:

                    John E. Byrd
                    P.O. Box 536
                    Dothan, AL 36302

On this 22nd day of February, 2006.

                                             /s/
                                             OF COUNSEL

518984-1

2