IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:05-cv-1062-MEF |
| CENTURYTEL SERVICE GROUP, L.L.C., *et al.,* | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion for Michael L. Wade to Withdraw as Attorney (Doc. #24) filed on February 23, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 1st day of March, 2006.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE