IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:05-cv-1062-MEF |
| CENTURYTEL SERVICE GROUP, LLC, *et. al.*, ) ) ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Defendant L.M. Berry and Company's Motion for Leave to Amend Answer (Doc. # 26). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this 2nd day of May, 2006.

                                         /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE