IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) ) | Case No. 1:05-cv-1062-MEF |
| v. ) ) | |
| L.M. BERRY AND COMPANY, et al., ) ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS BY COUNSEL FOR DEFENDANTS L.M. BERRY AND COMPANY AND CENTURYTEL SERVICE GROUP, LLC

The undersigned counsel of record for defendants L.M. Berry and Company and CenturyTel Service Group, LLC hereby gives notice to the clerk of court and to counsel of record in this civil action of the following change of address:

Craig A. Alexander
Rumberger, Kirk & Caldwell
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL 35209-6739

Craig A. Alexander (ALE.005)
AL Bar No. ASB-3390-N68C
Counsel for L.M. Berry and Company and
CenturyTel Service Group, LLC

**OF COUNSEL**:
RUMBERGER, KIRK & CALDWELL, PA, PC
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL 35209-6739
Tele: 205-327-5550
Fax: 205-326-6786

## CERTIFICATE OF SERVICE

    I hereby certify that I have this served a copy of the foregoing document upon all counsel of record in this cause by placing a copy of same in the United States mail, first-class postage prepaid, addressed as follows on this the ___ day of May, 2006:

    John E. Byrd
    P.O. Box 536
    Dothan, AL 36302

_____
OF COUNSEL

78962