Plaintiff's Exhibit "B"

## JOHN E. BYRD
ATTORNEY AT LAW
211 WEST MAIN STREET, SUITE 1
DOTHAN, ALABAMA 36301

Phone (334) 794-0759
Fax (334) 792-0163

October 11, 2006

E-MAIL ADDRESS:
bblbjlaw@centurytel.net

MAILING ADDRESS:
P.O. BOX 536
DOTHAN, ALABAMA 36302

Honorable Craig A. Alexander
Rumberger Kirk & Caldwell
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL  35209-6739

RE: Lattime Construction v. CenturyTel Service Group, L.L.C., et al
District Court Alabama, Southern Division
Case No. 1:05-CV-1062-F

Dear Craig:

Would you please provide me with a copy of the contract between the Berry Company and Centurytel as to the 2003 telephone directory in Dothan, Alabama in this case.

Thank you very much and with best wishes and kindest regards.

Very truly yours,

*John E. Byrd*

John E. Byrd

JEB/th