**JOHN E. BYRD**
ATTORNEY AT LAW
211 WEST MAIN STREET, SUITE 1
DOTHAN, ALABAMA 36301

Phone (334) 794-0759
Fax (334) 792-0163

December 20, 2006

E-MAIL ADDRESS:
bblbjlaw@centurytel.net

MAILING ADDRESS:
P.O. BOX 536
DOTHAN, ALABAMA 36302

Honorable Craig A. Alexander
Rumberger Kirk & Caldwell
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL 35209-6739

RE: Lattime Construction v. CenturyTel Service Group, L.L.C., et al
District Court Alabama, Southern Division
Case No. 1:05-CV-1062-F

Dear Craig:

As of this date I have not received a reply to my letter of October 11, 2006, nor a response to my Request for Production of Documents dated November 21, 2006. Please reply to my requests by return mail if at all possible.

Thank you very much.

Very truly yours,

John E. Byrd

JEB/th
Enc.