

LAW OFFICES
RUMBERGER KIRK & CALDWELL

Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 125
Birmingham, Alabama 35209-6739

Telephone (205) 327-5550
Fax (205) 326-6786
www.rumberger.com

December 21, 2006

**VIA FACSIMILE AND U.S. MAIL**

John E. Byrd
P.O. Box 536
Dothan, AL 36302-0536

Re: **Lattime Construction v. CenturyTel Service Group, L.L.C., et al.**
Case No.: 1:05-cv-1062-MEF
Our File No.: L215-108023

Dear John,

Please find enclosed the defendants' response to your request for production. As you will see, the response consists of an objection to the request.

I can offer you a stipulation that L. M. Berry had a contract with CenturyTel for the publication of the Dothan directory, and I can offer you a prompt answer to an interrogatory that states that L. M. Berry published the directory pursuant to a contract with CenturyTel, as the telephone provider serving the Dothan area. If either of those offers interests you, please let me know.

Sincerely yours,

Craig A. Alexander

CAA/hsm

Enclosure

76741

P R O F E S S I O N A L   A S S O C I A T I O N

| Orlando | Miami | Tallahassee | Tampa | Birmingham |
|---|---|---|---|---|
| (407) 872-7300 | (305) 358-5577 | (850) 222-6550 | (813) 223-4253 | (205) 327-5550 |