IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISIONI

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-1062-F |
| v. | ) ) | |
| L. M. BERRY and COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## AMENDED CORPORATE DISCLOSURE STATEMENT
## BY DEFENDANT L. M. BERRY AND COMPANY

Pursuant to this Court's general order of January 14, 2004 (Civil Misc. No. 3047), defendant L. M. Berry and Company amends if prior corporate disclosure statement and hereby discloses that it is now a wholly-owned subsidiary of AT&T Inc., a corporation that issues shares to the public. This amended corporate disclosure statement is filed as a result of the recent merger of AT&T Inc. and BellSouth Corporation, the prior corporate parent of L. M. Berry and Company.

_____
Craig A. Alexander (ASB-3390-N68C)
Counsel for Defendant
L. M. Berry and Company

OF COUNSEL:

RUMBERGER, KIRK & CALDWELL, P.A.
2204 Lakeshore Drive
Suite 125
Birmingham, AL  35209-6739
Telephone:   (205) 327-5550
Facsimile:   (205) 326-6786

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing amended corporate disclosure statement on counsel of record for the plaintiff by placing same in the United States Mail, properly addressed and first class postage prepaid:

> John E. Byrd
> P.O. Box 536
> Dothan, AL 36302

On this 4th day of January, 2007.

_____
OF COUNSEL