THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION and HOME BUILDING, INC., )<br><br>PLAINTIFF, )<br>VS. )<br>)<br>CENTURYTEL SERVICE GROUP, )<br>L. L. C., and THE BERRY COMPANY, )<br>)<br>DEFENDANTS. ) | CASE NO.: 1:05-CV-1062-F |

## REQUEST FOR PRODUCTION OF DOCUMENTS
## TO DEFENDANTS

Plaintiff, Lattime Construction and Home Building, Inc., requests the Defendants, Centurytel Service Group, LLC, and The Berry Company, to respond within 30 days to the following request:

1. Produce all contracts between Defendants, Centurytel Service Group, LLC, and The Berry Company, for the preparation of, printing, distribution, selling and/or basis of listings in the white pages, selling and/or basis of listings in the yellow pages, preparation of graphics or in any other manner related to the selling of ads, printing and distribution of the September, 2003 Centurytel telephone directory for Dothan, Alabama and surrounding areas, including everything therein.

In the alternative, Plaintiff requests a copy of said contracts and will reimburse Defendants for the costs of said copies.

Dated this the 21 day of November, 2006.

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the Honorable Craig A. Alexander, Rumberger, Kirk, & Caldwell, Attorneys at Law, Lakeshore Park Plaza, Suite 125, 2204 Lakeshore Drive, Birmingham, Alabama 35209 by placing a copy of same properly addressed and postage prepaid in the U.S. mail.
Dated this the 21 day of Nov, 2006.

JOHN E. BYRD
Attorney for Plaintiff

JOHN E. BYRD (BYR 005)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334)794-0759
(334)792-0163 Fax

**EXHIBIT "A"**