

LAW OFFICES
RUMBERGER KIRK & CALDWELL

Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 125
Birmingham, Alabama 35209-6739

Telephone (205) 327-5550
Fax (205) 326-6786
www.rumberger.com

January 8, 2007

**VIA FACSIMILE ONLY**

John E. Byrd
P.O. Box 536
Dothan, AL 36302-0536

    Re:    **Lattime Construction v. CenturyTel Service Group, L.L.C., et al.**
            Case No.: 1:05-cv-1062-MEF
            Our File No.: L215-108023

Dear John,

    Following our telephone conference on January 2 to discuss the possibility of resolving the dispute regarding the production of the contract between L. M. Berry and Company and CenturyTel Service Group, I discussed the subject with my folks and am writing to advise that we remain unwilling to produce this contract. It is our position that Lattime Construction and Homebuilding clearly ordered its advertising from L. M. Berry as indicated in the advertising order form that was faxed to Mr. Lattime by John Huber of Berry and signed and returned by Mr. Lattime. As we have discussed, my clients regard the contract between L. M. Berry and CenturyTel Service Group has highly proprietary and for that additional reason, we wish to continue to object to producing the contract in any form.

    We remain willing to stipulate to the fact that L. M. Berry published the directory pursuant to a contractual agreement with CenturyTel, and will also stipulate that CenturyTel served as L. M. Berry's billing agent in including the directory advertising charges on the monthly telephone service bills to your client. I believe that I can provide you with an affidavit to that effect as well.

    Please feel free to call me if you believe any further discussion of this subject might be productive.

                            Sincerely Yours,

                            Craig A. Alexander

CAA/hsm

P R O F E S S I O N A L   A S S O C I A T I O N

| Orlando | M | Tampa | Birmingham |
|---|---|---|---|
| (407) 872-7300 | (305) | (813) 223-4253 | (205) 327-5550 |

**EXHIBIT "B"**