IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05cv1062-MEF |
| CENTURYTEL SERVS. GROUP, L.L.C., and THE BERRY COMPANY, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 36) filed on January 11, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED on or before January 30, 2007, the opposing party shall show cause why the motion should not be granted. It is further

ORDERED that the motion to compel be and is hereby SET for oral argument on February 6, 2007, at 1:30 p.m. by telephone conference call. The plaintiff shall set up the telephone call.

Done this 16th day of January, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE