# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING                    AT DOTHAN, AL

DATE COMMENCED:   1/22/07           AT:   11:25 a.m.
DATE COMPLETED:   1/22/07           AT:   11:50 a.m.

Lattime Construction & Home Building, Inc.   §
                                             §
vs.                                          §   CV. NO. 1:05CV1062-MEF
                                             §
Centurytel Service Group, LLC, et al.        §

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| John E. Byrd | | Craig Alan Alexander |

---

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

---

COURTROOM PROCEEDINGS:

( X )  **Pretrial Conference**

    11:25 a.m. -   Court convenes.
                        This case will be the second one to try during this civil term.
                        This case will take two days to try and is not likely to settle.
                        There are no pending motions.
    11:50 a.m. -   Court is in recess.