

## LAW OFFICES
# RUMBERGER KIRK & CALDWELL

Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 125
Birmingham, Alabama 35209-6739

Telephone (205) 327-5550
Fax (205) 326-6786
www.rumberger.com

January 18, 2007

John E. Byrd
P.O. Box 536
Dothan, AL 36302-0536

  Re: **Lattime Construction v. CenturyTel Service Group, L.L.C., et al.**
    Case No.: 1:05-cv-1062-MEF
    Our File No.: L215-108023

Dear John,

  In compliance with Judge Fuller's February 16, 2006 scheduling order, I am providing the following information on behalf of defendants L. M. Berry and Company and CenturyTel Service Group, LLC.

**Witnesses**

  The defendants intend to call the following witness at trial:

John Huber, L. M. Berry and Company, 103 Villa Court, Panama City, Florida, 32413; (336) 887-4333.

  The defendants may call as witnesses, if the need arises:

Sandra D. Branham, L. M. Berry and Company, 3170 Kettering Boulevard, Dayton, OH 45401-6000; (937) 297-2489.

Scott Feder, CenturyTel Service Group, LLC, 100 CenturyTel Drive; Monroe, LA 71203; (318) 330-6566.

**Exhibits**

  The defendants do not intend to use any part of a deposition at trial. The defendants intend to use the following other documents at trial:

1. The 2003-2004 Dothan Alabama telephone directory.

2. Selected pages from the 2003-2004 Dothan, Alabama telephone directory (Exhibit 1 to Richard Lattime's deposition).

P R O F E S S  **EXHIBIT "A"**  I A T I O N

Orlando  Miami      ampa  Birmingham
(407) 872-7300 (305) 358-5577 (850) 222-6550 (813) 223-4253 (205) 327-5550

Mr. John E. Byrd, Sr..
January 18, 2007
Page 2

3. Unsigned Directory Advertising Order Signature Sheet (Exhibit 2 to Richard Lattime's deposition).

4. Signed Directory Advertising Order Signature Sheet (Exhibit 4 to Richard Lattime's deposition).

5. Directory Advertising Order (Exhibit 5 to Richard Lattime's deposition).

6. Directory Advertising Printing Order - Home Builders heading.

7. Directory Advertising Printing Order - Home Improvements heading.

8. Directory Advertising Printing Order - Kitchen Remodeling heading.

9. July 10, 2003 Facsimile to John Huber (Exhibit 7 to Richard Lattime's deposition).

10. June 7, 2003 Memorandum from Monica Willis at L. M. Berry re: 10-Week Prior Directory Delivery Production Schedule.

11. Monthly telephone service statements from CenturyTel to plaintiff between October 2003 and August 2004.

12. The terms and conditions page of the Directory Advertising Order (Exhibit 10 to Richard Lattime's deposition).

The documents identified above previously have been furnished through our voluntary disclosure.

Please feel free to contact me if you have any questions regarding this letter.

Sincerely yours,

Craig A. Alexander

CAA/hsm

86186