# THE BERRY COMPANY &
# DIRECTORY DISTRIBUTION ASSOCIATES

**Date:**  6/7/2003  **Updated 6/27/03**

**To:**  Debbie Kosik - CenturyTel        Rex Shiver - CenturyTel
Cathy Ward - DDA                          ~~Sandi Branham - Berry~~
~~Vince Panowicz - DDA~~                   Cathy Davis - Stevens

**From:**  Monica Willis - The Berry Company

**Subject:**  **10-Week Prior Directory Delivery Production Schedule (Part I)**

**DIRECTORY NAME:**          **Dothan, AL**

**DIRECTORY ISSUE DATE:**          **September 2003**

Please complete and return to  **Monica Willis**  via email or fax at (937) 296-2013
on or before  **June 18, 2003** .

**EXHIBIT "B"**

Dothan 10 Wk Schedule-2003

# Delivery Production Schedule (Part I)

**I.**  **DELIVERY START INFORMATION**

A.  According to the delivery schedule, the distribution will:

| DDA | OPEN | 8/25/2003 | START | 8/26/2003 | CLOSE | 9/15/2003 |
|---|---|---|---|---|---|---|

**Printer**          SHIP DATE:          8/25/2003

B.  Delivery Site:

DDA          DDA Supervisor:                    **Triba Swift**

**Holiday Inn Express**
**3071 Ross Clark Circle**
**Dothan, AL 36301**

DDA          Hand Delivery Site Tel # - (DDA)
DDA          Hand Delivery Site Fax # - (DDA)

C.  Name/Address/Telephone number of the telephone/publishing company representatives whom the Delivery Supervisor should contact as coordinators for the distribution.

Telco
| Name | **TBD by CenturyTel** |
|---|---|
| Title | |
| Address | |
| City/State/Zip | |
| Phone # | |
| E-mail | |

Telco
| Name | **Debbie Kosik** |
|---|---|
| Title | CenturyTel |
| Address | 100 CenturyTel Drive |
| City/State/Zip | Monroe, LA 71203 |
| Phone # | (318) 388-9640 |
| E-mail | debbie.kosik@centurytel.com |

Berry
| Name | **Monica Willis** |
|---|---|
| Title | Directory Coordinator |
| Address | 3170 Kettering Blvd |
| City/State/Zip | Dayton, OH 45349 |
| Phone # | 937-297-4536 |
| Fax# | 937-296-2013 |
| E-mail | monica.willis@lmberry.com |

| Name | |
|---|---|
| Title | |
| Address | |
| City/State/Zip | |
| Phone # | |
| E-mail | |

| Name | |
|---|---|
| Title | |
| Address | |
| City/State/Zip | |
| Phone # | |
| E-mail | |

**II.**    **PRINTING AND SHIPPING INFORMATION**

*NOTE :* *If it is necessary to use an LTL to ship less than a full trailer,*
*the DC must coordinate this with DDA prior to arrival of LTL truck so*
*personnel can be scheduled by DDA for the unloading.*

**Printer**    A.    First books are scheduled to arrive at the delivery site
              on _____8/26/2003_____    Quantity _____42,000_____

**Printer**   B.    Number of copies expected to arrive per day    ____21,000 books fit on one trailer____
**DDA**            Delivery site holds ___2 totaling___ trailers.

**Berry**     C.    The approximate TOTAL number of directories to be received from the
              printer _____80,000_____
              ___38,000 balance of directories will be held until DDA needs more directories___

              *DDA will need to give Stevens 24 hour notice before DDA needs more books
                DDA should call Terri Brown (205) 940-6326

              If more than one directory cover is involved in this distribution, please show total copies to
              be received by specific cover.

              DIRECTORY COVER                                    TOTAL COPIES

                        N/A
              _____                _____
              _____                _____
              _____                _____
              _____                _____

        D.    How will directory covers be loaded and in what sequence?
                                    N/A
              _____
              _____
              _____

        E.    Directories are scheduled to be shipped from
              Printer:                  **Stevens Graphics**
              Plant in (City/State)     **100 West Oxmoor Rd., Birmingham, AL 35209**
              Contact Person            **Cathy Davis**
              Telephone Number          **(205) 940-6154**
              Shipping Contact Person   _____
              Telephone Number          _____

              Surplus Directories are to be shipped to:
                        **CenturyTel - 3200 Armand - Monroe, LA 71201**
              Telco Warehouse?          **Yes**
**Telco**     Contact Person            **Ronnie Aaron**
              Telephone Number          **(318) 361-3737**

**Telco**     F.    Delivery Bag Information:    **Clear or Printed Bags**
                                                **TBD**
**Berry**           Arrival Date              _____
**DDA**             Quantity of bags          _____
                    Ordered by                      **Monica Willis/Berry**
                    Vendor Supplying                 **Checker Bag**

II.    **PRINTING AND SHIPPING INFORMATION (continued)**

G.    The name, address, and telephone number of the freight line's) handling
shipment of the directories to the distribution site is:

**This information will be available from:**

Printer    **Cathy Davis/Stevens** _____    on    _____ **TBD by Stevens at a later date** _____

1)    Company Name    _____ **TBD by Stevens at a later date** _____
Contact    _____
City/State/Zip    _____
Phone Number    _____

2)    Company Name    _____
Contact    _____
City/State/Zip    _____
Phone Number    _____

3)    Company Name    _____
Contact    _____
City/State/Zip    _____
Phone Number    _____

III.    **DELIVERY SCOPE INFORMATION**

A.    Normal Scoping

1) Do all subscribers in each area or exchange receive the same book?
Yes    _____ **X** _____            No    _____

2) If no, list the names of each directory and show the exchanges or areas to which it
should be delievered.

| DIRECTORY | EXCHANGES OR AREAS |
|---|---|
| **N/A** |  |
|  |  |
|  |  |
|  |  |

3) Were any areas added to or deleted from the delivery scope since last issue?
Yes    _____            No    _____

4) If Yes, please describe those changes in detail:
_____
_____
_____
_____

5) Should addresses with PO Boxes receive directories?
Yes    _____ **n/a\*\*** _____            No    _____ **n/a\*\*** _____
\* This is a blanket delivery - no need to deliver to PO boxes. With a blanket delivery,
customers with PO boxes will be delivered; spot checks will take place. If it is
determined customer did not rcv book, detached cards will be sent to customer.
\*\* Out of state directories will not be mailed, if on record report.
\*\* Out of town directories will not be mailed.

**III.**      **DELIVERY SCOPE INFORMATION (continued)**

     B.      Type of Delivery

            1) Is the delivery a saturation delivery?

            Yes _____      No _____

     C.      Extended Area Service

            1) Is the delivery coverage extended beyond the normal delivery scope?

            Yes _____**N/A**_____      No _____

            2) If yes, please provide the information for each area to be delivered.
Attach any additional information, map, or description of extended area that may be helpful.

| ZIP | COMMUNITY | Estimated Count | PBX Books | Estimated Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ESTIMATED GRAND TOTAL | | | | 0 |

**DDA to use postal data and maps to ensure saturated of expanded areas and mail to any PO Boxholders.**

3) What type of delivery record will be used for delivery to the extended area?
_____**N/A**_____
_____
_____

4) On what date and from whom will the delivery records be sent to DDA?
_____
_____

5) Do you need DDA to secure a delivery record?
         1) Postal CRIS      _____
         2) Buy Labels      _____
         3) City Directory/Criss+Cross      _____

6) What quantity of directories per customer should be provided in the extended area?

         Residence      _____
         Business
         PBX, Large Accounts      _____

Telco

7) Can telephone spot check calls be made to the extended areas without using long distance?

Yes _____     No _____

**III.     DELIVERY SCOPE INFORMATION (continued)**

8) Were any areas added to or deleted from the extended area coverage since last issue?

Yes _____     No _____

If yes, please describe those changes in detail:

_____

_____

_____

D.     Cutover

1) Will there be a cutover (change in exchange numbers) in connection with this delivery?

Yes _____     No _____

2) If yes, please provide the cutover date, the number of customers involved, the exchanges involved and any special instructions.

_____

_____

_____

_____

3) Will the delivery record provided show the customer telephone number before or after the cut?

_____

**IV.     COIN INFORMATION          TBD by CenturyTel if applicable**

**Telco     A.**     Are books to be delivered to coin locations?

Yes _____     No _____ X _____

**B.**     Will the delivery records for coin stations be received with all other delivery records?

**Telco**     Yes _____     No _____

**Telco**     If no, please indicate when and from whom the records will be received.

_____

_____

_____

**Telco     C.**     Are the present coin station binders adequate for the new books?

Yes _____     No _____

**D.**     If there is no binder at public stations, but there is a shelf to hold a directory, should a new book be left?

**Telco**     Yes _____     No _____

**V.    MISCELLANEOUS INFORMATION**

A.    Are there any other items (inserts, etc) to be delivered along with the directories?

**Telco**

Yes _____    No _____ **X** _____

**Telco**

If yes, please provide detailed information.

_____
_____
_____
_____

**Telco**    B.    Are there any sensitive accounts requiring special handling? Please list and describe handling using attachment if necessary.

**Debbie is going to work with Rex and his team to put a list together and provide with the delivery tape.**

_____
_____
_____

C.    List all telephone/publishing company drop locations. Include contact name, address, telephone number of books needed by directory cover (Use attachment if necessary).

CONTACT NAME
ADDRESS & TELEPHONE

DIRECTORIES
NEEDED BY COVER

D.    Please provide us with the directory bill date or publication date. (Month/Day/Year)    **September 2003**

**Telco**    E.    For insurance purposes, what value should be placed on each new directory?    **25.00 (?)**

F.    Do any holidays occur during the distribution period? If yes, please list below:
Yes _____ **X** _____    No _____
**Labor Day**

## V.    MISCELLANEOUS INFORMATION

G.    We will need you to provide us with mailing envelopes when we arrive at the delivery site. We will need **0** envelopes of adequate size for the directory(ies) being distributed. The name and telephone number our supervisor should contact to obtain these

Name _____ N/A

Telephone Number _____ N/A

H.    Indicate the return address to be used if DDA needs to mail directories:

**Telco**

Name _____ **CenturyTel**

Address _____ **3200 Armand**

City/ST _____ **Monroe, LA 71201**

I.    The information developed in this preliminary schedule was coordinated by:

Name
Title
Address
City/ST
Phone #
E-mail



## VI.    DELIVERY RECORDS

**Berry**

A.    All delivery records should be received at DDA **no later than:**

**Wednesday, July 16, 2003**

**DIRECTORY DISTRIBUTING ASSOCIATES, INC**
**160 CORPORATE WOODS**
**BRIDGETON, MO  63044**
**ATTENTION:  DELIVERY RECORD PROGRAMMER**

## VII.    SORTS

A.    After the original delivery record has been shipped, accumulate the daily service order activity and handle as follows:

The changes should be made on separate slips of paper of uniform size, the same size as the original record.  Please be sure the corrections are on individual slips of uniform size and not in list form.  Each slip should be marked "**NEW CONNECT**" OR "**DISCONNECT.**"

Address changes should be made on 2 separate slips, one for an "in" and one for an "out".

Book Requirement Changes should be made on 1 slip marked:

Add _____    or Subtract _____