ATTN Rick Lattime FAX 334-983-4639

# the Berry Company

**Directory Advertising Order Signature Sheet**

Telephone Company: Century (CIP)

Close In POST Premise Telephone Sales: AB7-1783

CLEC:

Directory: DOTHAN

Local / Foreign
$BSR:

Directory Code: 10369   RECO JUL 16 2003

Last Date That Customer (Close Date) Can Make Changes

Account Area Code: 334   Phone Number: 983-1818

TOTAL MONTHLY CHARGE FOR NEXT PUBLICATION: 318.00

Account Name: Lattime Construction + Home Building Inc.

TOTAL

Account Address:

NEW BILLED AMOUNT: 318.00

EBD: 9/03

Billing Terms:
☐ Issue:
☐ Monthly
☒ Installment (30-60-90)

Print Authorized Signature: RICK LATTIME

Account Representative: Huber

MO 7  DAY 14  YR 03  Time:

Authorized Signature: X Ricky Lattime

Title: Builder / President

Instructions:
Retain Priority Placement

4  Number of Printing Orders Attached (NEW)
___ Number of Printing Orders Attached (CHANGE)

7 - listings  16@
2 - IMS's   33@    NM 7-16-03
2 - SHS's   70@

☒ Customer Advised of Service Order Charge
☒ Credit Application Attached
☒ Keyed/GAP Ad. _____
☒ Proof Copy to be Mailed
☒ DCR/Service Order # ___ Date: ___
Other: _____

**DEFENDANT'S EXHIBIT 4**

Notes: Rick, Please sign at X above + Fax back to 850-476-1277 (attn: John Huber)

Form No. 1025 Access-SIO-INDEPENDENT Sept.00   White – Publishing   Yellow – Division   Pink – Customer   Golden Rod – Sales

Room 307