# Berry Company

**Directory Advertising Order Signature Sheet**

Telephone Company: Century

CLEC:

- [ ] Close In POST
- [x] Premise
- [ ] Telephone Sales

Directory: DOTHAN

- [ ] Local / Foreign
- [ ] $BSR:

Directory Code: 10 3169

_____ Last Date That Customer
(Close Date)  Can Make Changes

Account Area Code: 334   Phone Number: 983-1818

Account Name: Lattime Construction + Home Building Inc

Account Address: —

**TOTAL MONTHLY CHARGE FOR NEXT PUBLICATION**
318.00

TOTAL

NEW BILLED AMOUNT   318.00

Applicant, personally, or as authorized representative, applies to L.M. Berry and Company for the advertising described above and on any associated printing orders, and for the continuance of any existing advertising not discontinued above. By signing this Order, or receipt of a copy without cancellation as set forth on the reverse, Applicant acknowledges having read, understood and agreed to the Terms & Conditions on the reverse. LIABILITY FOR ERRORS AND/OR OMISSIONS IS LIMITED.

EBD: 9/03

Billing Terms:
- [ ] Issue: _____
- [x] Monthly
- [ ] Installment (30-60-90)

Print Authorized Signature: RICK LATTIME

Account Representative: Huber

| MO | DAY | YR | Time: |
|----|-----|----|----|
| 7 | 14 | 03 | |

Authorized Signature: X  SEE ATTACHED FAX

Title: OWNER

Instructions:

Retain Priority Placement _____

7 - Listings   16 @
2 - 1MS's     33 @
2 - SHS's     70 @

_____ Number of Printing Orders Attached (NEW)
_____ Number of Printing Orders Attached (CHANGE)

- [ ] Customer Advised of Service Order Charge
- [ ] Credit Application Attached
- [ ] Keyed/GAP Ad. _____
- [ ] Proof Copy to be Mailed
- [ ] DCR/Service Order #   Date: _____
- Other: _____

**DEFENDANT'S EXHIBIT 2**

Rick, Please sign at X above + Fax back to 850-476-1277 (attn: John Huber)

Access-SIG-INDEPENDENT Sept.00    White – Publishing   Yellow – Division   Pink – Customer   Golden Rod – Sales