IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  1:05cv1062-MEF |
| CENTURYTEL SERVS. GROUP, L.L.C., and THE BERRY COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 36) filed on January 11, 2007.  The court heard oral argument on the motion on February 6, 2007.  For good cause, it is

ORDERED that on or before **noon on February 12, 2007**, defense counsel shall deliver to the chambers of the undersigned for *in camera* inspection a copy of the contract between The Berry Company and CenturyTel which is the subject of the motion to compel.  It is further

ORDERED that on or before **noon on February 12, 2007**, plaintiff's counsel shall deliver to the chambers of the undersigned for *in camera* inspection copies of any other supporting documentation as mentioned during oral argument.

The parties are specifically DIRECTED TO NOT FILE THESE DOCUMENTS BY ELECTRONIC FILING.

Done this 6th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE