# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 2/6/07 | **AT** | 1:26 p.m. to 1:38 p.m. |
| **DATE COMPLETED:** 2/6/07 | **AT** | FTR RECORDING |

LATTIME CONSTRUCTION AND HOME BUILDING, INC.

    Plaintiff

vs..

CENTURYTEL SERVICE GROUP, et al

    Defendant

CASE NO. 1:05CV-1062-MEF-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. John E. Byrd | | Atty. Craig A. Alexander |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

( X ) OTHER PROCEEDINGS: ***TELEPHONE CONFERENCE: ORAL ARGUMENTS RE: MOTION TO COMPEL***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Motion hrg. Re; Motion to Compel - 05cv1062-MEF-CSC |
| **Date** | 2 / 6 /2007 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1 :26:50 PM | Court | Conference call begins; parties on line as noted; Discussions as to the motion to compel filed by the Plaintiff concerning the production of a contract between Berry and Centurytel concerning the publication of directory listings; Why is contract relevant? |
| 1 :28:15 PM | Atty. Byrd | Response; |
| 1 :30:39 PM | Court | Discussion as to deft's position that everbody agrees that it's the fault of the Berry Company; |
| 1 :30:51 PM | Atty. Byrd | Not us; |
| 1 :30:53 PM | Atty. Alexander | I wouldn't say fault, but would say possibility; |
| 1 :30:57 PM | Court | Question as to whether plaintiff is entitled to see the contract; |
| 1 :31:06 PM | Atty. Alexander | Response; |
| 1 :32:29 PM | Cour | Discussion as to what the contract is about; |
| 1 :32:44 PM | Atty. Alexander | Response; |
| 1 :34:24 PM | Atty. Byrd | Response; |
| 1 :35:41 PM | Court | Discussion as to whether Centurytel threaten to cutoff plaintiff phone services because he wasn't paying the directory charges; |
| 1 :35:52 PM | Atty Alexander | Response - Disagrees with that; |
| 1 :36:08 PM | Court | Response; |
| 1 :36:15 PM | Atty. Byrd | We have documents presented to Mr. Alexander that showed that; |
| 1 :36:19 PM | Court | Will order that the defendant's send, not file, to me a copy of the contract to review it; and also Mr. Bryd mentioned several documents that shows some relevance about the contract to get those to me also; When is this case set for trial?; |
| 1 :37:10 PM | Atty. Byrd | February 26th; |
| 1 :37:17 PM | court | Parties advised to get in those contracts and documents; |
| 1 :37:26 PM | Atty. Alexander | Discussion as to that Centrytel did not threaten to cutoff Lattime phone services for failure to pay advertising charges; |
| 1 :37:44 PM | Court | Response; |
| 1 :38:20 PM | Court | Court is recessed. |