# THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION and HOME BUILDING, INC., ) ) ) | |
| PLAINTIFF, ) ) | CASE NO.: 1:05-cv-1062-MEF |
| VS. ) | |
| CENTURYTEL SERVICE GROUP, L. L. C., and THE BERRY COMPANY, ) ) ) ) | |
| DEFENDANTS. ) | |

## WITNESSES EXPECTED TO BE CALLED AT TRIAL

Comes now the Plaintiff in the above-styled cause pursuant to pretrial instructions and informs the court of the witnesses it expects to call in the trial of this case:

### WITNESSES

1. Rick Lattime, 203 Dempsey Court, Dothan, AL 36303, (334) 983-3937.

2. Earl Jernigan, CPA, 518 Bob Hall Road, P. O. Box 2224, Dothan, AL 36302, (334) 697-1663.

3. Janet Lattime, 203 Dempsey Court, Dothan, AL 36303, (334) 983-3937.

4. Edmond Bowman, Bowman Heating and Air Conditioning, 105 Dempsey Court, Dothan, AL 36303, (334) 983-5452.

5. John Huber, L. M. Berry & Company, 2348 Sterlington Road, Suite 4, Monroe, LA, 71203, phone number unknown. I expect to use the entire deposition of John Huber if he is not called as a witness in this case. Otherwise, I expect to use parts of his deposition for rebuttal or impeachment purposes which cannot be identified until he testifies but certain parts will be used for these purposes upon his testimony.

6. Any witness identified by the Defendants

Dated this the 7 day of February, 2007.

*John E. Byrd*
JOHN E. BYRD (BYR 005)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 Fax

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the Honorable Craig A. Alexander, Rumberger, Kirk, & Caldwell, Attorneys at Law, Lakeshore Park Plaza, Suite 125, 2204 Lakeshore Drive, Birmingham, Alabama 35209 by placing a copy of same properly addressed and postage prepaid in the U.S. mail.
Dated this the 7 day of Feb., 2007.

*John E. Byrd*
JOHN E. BYRD
Attorney for Plaintiff