THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION and HOME BUILDING, INC., )<br>)<br>PLAINTIFF, )<br>VS. )<br>)<br>CENTURYTEL SERVICE GROUP, )<br>L. L. C., and THE BERRY COMPANY, )<br>)<br>DEFENDANTS. ) | CASE NO.: 1:05-cv-1062-MEF |

## DOCUMENTS EXPECTED TO BE INTRODUCED AT TRIAL

Comes now the Plaintiff in the above-styled cause pursuant to pretrial instructions and informs the court of the documents it expects to introduce at trial:

## DOCUMENTS

1. Plaintiff's Exhibit 1, 2, 3, and 4- Plaintiff's tax returns for the years 2002-2005.

2. Plaintiff's Exhibit 5 - Contract between L.M. Berry Company and Centurytel Service Group LLC for the publication etc. of the 2003 Centurytel telephone directory for Dothan, Alabama.

3. Plaintiff's Exhibit 6 - A letter from Plaintiff's attorney to Centurytel Service Group LLC and L.M. Berry Company.

4. Plaintiff's Exhibit 7 - Three copies of a contract between the Berry Company and Lattime Home Building Inc., two of which are unsigned and one which is signed.

5. Plaintiff's Exhibit 8 - Four directory advertising orders.

6. Plaintiff's Exhibit 9 - A copy of the directory advertising prepared by Rick Lattime and faxed to John Huber on 7/11/03.

7. Plaintiff's Exhibit 10 - Face sheet of the September 2003 Centurytel telephone directory.

8. Plaintiff's Exhibit 11 - Eleven pages of advertisements of Lattime Construction and Home Building Inc. in the yellow and white pages of the September, 2003 Centurytel telephone directory.

9. Plaintiff's Exhibit 12 - A letter from Rick Lattime dated 12/8/03 faxed to Mrs. Kay Patrick with two pages attached, the last showing the Plaintiff's order in the September, 2003 Centurytel telephone directory for Dothan, Alabama.

10. Plaintiff's Exhibit 13 - Billing statements and disconnect notices from Centurytel to Plaintiff.

Dated this the 7 day of February, 2007.

*/s/ John E. Byrd*
JOHN E. BYRD (BYR 005)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 Fax

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing upon the Honorable Craig A. Alexander, Rumberger, Kirk, & Caldwell, Attorneys at Law, Lakeshore Park Plaza, Suite 125, 2204 Lakeshore Drive, Birmingham, Alabama 35209 by placing a copy of same properly addressed and postage prepaid in the U.S. mail.
    Dated this the 7 day of Feb., 2007.

*/s/ John E. Byrd*
JOHN E. BYRD
Attorney for Plaintiff

---