THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION and<br>HOME BUILDING, INC.,<br><br>    PLAINTIFF,<br>VS.<br><br>CENTURYTEL SERVICE GROUP,<br>L. L. C., and THE BERRY COMPANY,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>) CASE NO.: 1:05-cv-1062-MEF<br>)<br>)<br>)<br>)<br>) |

## VOIR DIRE EXAMINATION BY PLAINTIFF

Comes now the Plaintiff in the above-styled cause and presents to the Court, pursuant to Court's instructions at the pretrial hearing ,the Voir Dire Examination it expects to conduct at the trial of this case as follows:

1. Is either of you stockholders, officers, directors, employees or customers of L. M. Berry Company, Centurytel Service Group L.L.C., AT&T, Inc. a corporation or Bell South Corporation?

2. Has either of you ever been a defendant in a civil case? If so, explain what kind of case. Because you have been a defendant in a civil case would this prejudice your mind in favor of the defendants in a civil case or against the plaintiff ?

3. Has either of you ever been a witness for a defendant in a civil case? Is so, what kind of case? Because you have been a witness in a civil case would this prejudice your mind in favor of the defendants or against the plaintiff in a civil case?

4. Does either of you know the difference in the burden of proof in a civil case as opposed to a criminal case? A civil case is to your reasonable satisfaction or by the preponderance of evidence. Fifty point one percent of the evidence entitles the plaintiff to a verdict at your hands. Criminal case is beyond a reasonable doubt.

5. Does either of you oppose lawsuits in general?

6. Does either of you favor the defendant in a lawsuit over the plaintiff?

7. Does either of you oppose compensatory damages? Explain what they are. Ask the jurors if they will award compensatory damages if the evidence proves that the plaintiff is entitled to such an award.

8. Does either of you oppose punitive damages? Explain what they are. Ask the jurors if they will award punitive damages if the evidence proves that plaintiff is entitled to such an award.

9. Has either of you ever served on a grand jury?

10. Has either of you ever served as a juror in a civil or criminal case?

11. Does either of you just not want to serve for personal reasons such as children, employment, home, etc.

Dated this the 7 day of February, 2007.

CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the Honorable Craig A. Alexander, Rumberger, Kirk, & Caldwell, Attorneys at Law, Lakeshore Park Plaza, Suite 125, 2204 Lakeshore Drive, Birmingham, Alabama 35209 by placing a copy of same properly addressed and postage prepaid in the U.S. mail.
Dated this the 7 day of Jet, 2007.

JOHN E. BYRD
Attorney for Plaintiff

JOHN E. BYRD (BYR 005)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 Fax

2