# THE BERRY COMPANY &
# DIRECTORY DISTRIBUTION ASSOCIATES

**Date:**    6/7/2003    Updated 6/27/03

**To:**    Debbie Kosik - CenturyTel          Rex Shiver - CenturyTel
Cathy Ward - DDA                  ~~Sandi Branham - Berry~~
~~Vince Panowicz - DDA~~          Cathy Davis - Stevens

**From:**    Monica Willis - The Berry Company

**Subject:**    10-Week Prior Directory Delivery Production Schedule (Part I)

**DIRECTORY NAME:**    Dothan, AL

**DIRECTORY ISSUE DATE:**    September 2003

Please complete and return to    **Monica Willis**    via email or fax at (937) 296-2013
on or before    **June 18, 2003**    .

# EXHIBIT "A"

# Delivery Production Schedule (Part I)

## I.    DELIVERY START INFORMATION

A.    According to the delivery schedule, the distribution will:

**DDA**    **OPEN** _____8/25/2003_____    **START** ____8/26/2003____    CLOSE ____9/15/2003____

**Printer**          SHIP DATE: _____8/25/2003_____

**DDA**    B.    Delivery Site:

DDA Supervisor:                              Triba Swift
                                      Holiday Inn Express
                                      3071 Ross Clark Circle
                                      Dothan, AL 36301

**DDA**
**DDA**                      Hand Delivery Site Tel # - (DDA)
                          Hand Delivery Site Fax # - (DDA)

C.    Name/Address/Telephone number of the telephone/publishing company representatives whom the
      Delivery Supervisor should contact as coordinators for the distribution.

**Telco**          Name                    TBD by CenturyTel
                 Title
                 Address
                 City/State/Zip
                 Phone #
                 E-mail

**Telco**          Name                    Debbie Kosik
                 Title                   CenturyTel
                 Address                 100 CenturyTel Drive
                 City/State/Zip          Monroe, LA 71203
                 Phone #                 (318) 388-9640
                 E-mail                  debbie.kosik@centurytel.com

**Berry**          Name                    Monica Willis
                 Title                   Directory Coordinator
                 Address                 3170 Kettering Blvd
                 City/State/Zip          Dayton, OH 45349
                 Phone #                 937-297-4536
                 Fax#                    937-296-2013
                 E-mail                  monica.willis@lmberry.com

                 Name
                 Title
                 Address
                 City/State/Zip
                 Phone #
                 E-mail

                 Name
                 Title
                 Address
                 City/State/Zip
                 Phone #
                 E-mail

## II.    PRINTING AND SHIPPING INFORMATION

**NOTE** :  *If it is necessary to use an LTL to ship less than a full trailer, the DC must coordinate this with DDA prior to arrival of LTL truck so personnel can be scheduled by DDA for the unloading.*

**Printer**    A.    First books are scheduled to arrive at the delivery site
on _____8/26/2003_____ Quantity _____42,000_____

**Printer**    B.    Number of copies expected to arrive per day
**DDA**            Delivery site holds ___2 totaling___ trailers.    ___21,000 books fit on one trailer___

**Berry**    C.    The approximate <u>TOTAL</u> number of directories to be received from the
printer _____80,000_____
___38,000 balance of directories will be held until DDA needs more directories___

*DDA will need to give Stevens 24 hour notice before DDA needs more books
DDA should call Terri Brown (205) 940-6326

If more than one directory cover is involved in this distribution, please show total copies to be received by specific cover.

DIRECTORY COVER                                                 TOTAL COPIES

_____N/A_____                              _____
_____                                  _____
_____                                  _____
_____                                  _____

D.    How will directory covers be loaded and in what sequence?
_____N/A_____
_____
_____

E.    Directories are scheduled to be shipped from
Printer:                    **Stevens Graphics**
Plant in (City/State)        **100 West Oxmoor Rd., Birmingham, AL 35209**
Contact Person               **Cathy Davis**
Telephone Number             **(205) 940-6154**
Shipping Contact Person      _____
Telephone Number             _____

**Telco**        Surplus Directories are to be shipped to:
                 **CenturyTel - 3200 Armand - Monroe, LA  71201**
Telco Warehouse?             **Yes**
Contact Person               **Ronnie Aaron**
Telephone Number             **(318) 361-3737**

**Telco**    F.    Delivery Bag Information:        **Clear or Printed Bags**
                                                **TBD**
**Berry**
**DDA**        Arrival Date             _____
             Quantity of bags         _____
             Ordered by               **Monica Willis/Berry**
             Vendor Supplying         **Checker Bag**

II.  **PRINTING AND SHIPPING INFORMATION** (continued)

G.  The name, address, and telephone number of the freight line's) handling shipment of the directories to the distribution site is:

Printer

This information will be available from:

___Cathy Davis/Stevens___      on      ___TBD by Stevens at a later date___

1)  Company Name  ___TBD by Stevens at a later date___
    Contact  _____
    City/State/Zip  _____
    Phone Number  _____

2)  Company Name  _____
    Contact  _____
    City/State/Zip  _____
    Phone Number  _____

3)  Company Name  _____
    Contact  _____
    City/State/Zip  _____
    Phone Number  _____

III.  **DELIVERY SCOPE INFORMATION**

A.  Normal Scoping

1) Do all subscribers in each area or exchange receive the same book?
Yes  _____**X**_____      No  _____

2) If no, list the names of each directory and show the exchanges or areas to which it should be delievered.

| DIRECTORY | EXCHANGES OR AREAS |
|---|---|
| **N/A** | |
| | |
| | |
| | |

3) Were any areas added to or deleted from the delivery scope since last issue?
Yes  _____      No  _____

4) If Yes, please describe those changes in detail:
_____
_____
_____
_____

5) Should addresses with PO Boxes receive directories?
Yes  ___**n/a***___      No  ___**n/a***___
* This is a blanket delivery - no need to deliver to PO boxes. With a blanket delivery, customers with PO boxes will be delivered; spot checks will take place. If it is determined customer did not rcv book, detached cards will be sent to customer.
** Out of state directories will not be mailed, if on record report.
** Out of town directories will not be mailed.

III. ## DELIVERY SCOPE INFORMATION (continued)

B.    Type of Delivery

1) Is the delivery a saturation delivery?
Yes _____          No _____

C.    Extended Area Service

1) Is the delivery coverage extended beyond the normal delivery scope?
Yes _____**N/A**_____          No _____

2) If yes, please provide the information for each area to be delivered.
Attach any additional information, map, or description of extended area that may be helpful.

| ZIP | COMMUNITY | Estimated Count | PBX Books | Estimated Total |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **ESTIMATED GRAND TOTAL** |  |  |  | **0** |

**DDA to use postal data and maps to ensure saturated of expanded areas and mail to any PO Boxholders.**

3) What type of delivery record will be used for delivery to the extended area?
_____**N/A**_____
_____
_____

4) On what date and from whom will the delivery records be sent to DDA?
_____
_____

5) Do you need DDA to secure a delivery record?
    1) Postal CRIS
    2) Buy Labels            _____
    3) City Directory/Criss+Cross    _____
                            _____

6) What quantity of directories per customer should be provided in the extended area?

Residence
Business            _____
PBX, Large Accounts    _____
                    _____

Telco

7) Can telephone spot check calls be made to the extended areas without using long distance?

Yes _____    No _____

III.    **DELIVERY SCOPE INFORMATION** (continued)

8) Were any areas added to or deleted from the extended area coverage since last issue?

Yes _____    No _____

If yes, please describe those changes in detail:

_____

_____

_____

D.    Cutover

1) Will there be a cutover (change in exchange numbers) in connection with this delivery?

Yes _____    No _____

2) If yes, please provide the cutover date, the number of customers involved, the exchanges involved and any special instructions.

_____

_____

_____

3) Will the delivery record provided show the customer telephone number before or after the cut?

_____

IV.    **COIN INFORMATION**        **TBD by CenturyTel if applicable**

Telco    A.    Are books to be delivered to coin locations?

Yes _____    No _____X_____

Telco    B.    Will the delivery records for coin stations be received with all other delivery records?

Yes _____    No _____

Telco          If no, please indicate when and from whom the records will be received.

_____

_____

Telco    C.    Are the present coin station binders adequate for the new books?

Yes _____    No _____

Telco    D.    If there is no binder at public stations, but there is a shelf to hold a directory, should a new book be left?

Yes _____    No _____

V.  ## MISCELLANEOUS INFORMATION

Telco

A.  Are there any other items (inserts, etc) to be delivered along with the directories?

Yes _____          No _____ X _____

Telco

If yes, please provide detailed information.

_____
_____
_____
_____

Telco

B.  Are there any sensitive accounts requiring special handling?
Please list and describe handling using attachment if necessary.
**Debbie is going to work with Rex and his team to put a list together and provide with the delivery tape.**

_____
_____
_____

C.  List all telephone/publishing company drop locations.  Include contact name, address, telephone number of books needed by directory cover (Use attachment if necessary).

CONTACT NAME
ADDRESS & TELEPHONE

DIRECTORIES
NEEDED BY COVER

D.  Please provide us with the directory bill date or publication date. (Month/Day/Year)
**September 2003**

Telco

E.  For insurance purposes, what value should be placed on each new directory?
**25.00  (?)**

F.  Do any holidays occur during the distribution period?  If yes, please list below:
Yes _____ X _____          No _____

**Labor Day**

V.   ## MISCELLANEOUS INFORMATION

G.   We will need you to provide us with mailing envelopes when we arrive at the delivery site. We will need **0** envelopes of adequate size for the directory(ies) being distributed. The name and telephone number our supervisor should contact to obtain these

                      Name                   N/A

                      Telephone Number      N/A

**Telco**

H.   Indicate the return address to be used if DDA needs to mail directories:

                    Name

                    Address         CenturyTel

                    City/ST         3200 Armand

                                    Monroe, LA 71201

I.   The information developed in this preliminary schedule was coordinated by:

                    Name            Monica Willis

                    Title              Directory Coordinator

                    Address         3170 Kettering Blvd.

                    City/ST         Dayton, OH 45439

                    Phone #        (937) 297-4536

                    E-mail        monica.willis@lmberry.com

VI.   ## DELIVERY RECORDS

**Berry**

A.   All delivery records should be received at DDA no later than:

          **Wednesday, July 16, 2003**

          **DIRECTORY DISTRIBUTING ASSOCIATES, INC**
          **160 CORPORATE WOODS**
          **BRIDGETON, MO  63044**
          **ATTENTION:  DELIVERY RECORD PROGRAMMER**

VII.   ## SORTS

A.   After the original delivery record has been shipped, accumulate the daily service order activity and handle as follows:

The changes should be made on separate slips of paper of uniform size, the same size as the original record. Please be sure the corrections are on individual slips of uniform size and not in list form. Each slip should be marked "NEW CONNECT" OR "DISCONNECT."

Address changes should be made on 2 separate slips, one for an "in" and one for an "out".

Book Requirement Changes should be made on 1 slip marked:
      Add _____       or Subtract _____