## JOHN E. BYRD
ATTORNEY AT LAW
211 WEST MAIN STREET, SUITE 1
DOTHAN, ALABAMA 36301

Phone (334) 794-0759
Fax (334) 792-0163

MAILING ADDRESS:
P.O. BOX 536
DOTHAN, ALABAMA 36302

July 30, 2004

Mr. Darrell Simons
The Berry Company
2348 Sterlington Road, Suite 4
Monroe, LA 71203

RE: Rick A. Lattime, Lattime Construction
    and Home Building, Inc.

Dear Mr. Simons:

Please be advised that I represent the above-shown subject. He has informed me that he contracted with your company for advertisement listings in the yellow pages of the Centurytel telephone book through your company for the 2004 directory. He has advised me that he contracted for yellow page advertisements in the home improvements, building contractors, home builders, remodeling service, kitchen remodeling, tile ceramic contractors, carpenters, bathroom remodeling, contractors-building listing, cabinet and cabinet makers section of this directory. He informs me that he was only placed in the home builders section of the directory. He also informs me that he has attempted numerous times to get some relief from the bills that are being charged to him, as a result of the improper placement of the ads in this Centurytel directory by your firm. He also informs me that he talked with you and your representatives many of times about this improper charge that is being made to his Centurytel telephone bill.

Therefore, demand is hereby made of you to get in touch with me immediately to see if an amicable solution to this matter can be worked out without litigation. It is my understanding that this omission of these yellow page advertisements in the Centurytel telephone book has had a very adverse effect on his business and is continuing to-date. It is also

my understanding that you have failed or refused to do anything about this, and that Centurytel has also refused to do anything about this improper omission in this telephone book.

Your immediate attention to this matter is expected. Should you elect to ignore this letter or not respond promptly, you may expect me to advise my client to seek those remedies to him in a court of competent jurisdiction within a very reasonable period of time.

                Very truly yours,


                John E. Byrd

JEB/tl

cc:    Centurytel
       P.O. Box 6000
       Marion, LA 71260-6000