ORIGINAL

1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF ALABAMA
 3                    SOUTHERN DIVISION
 4  LATTIME CONSTRUCTION AND   )
    HOME BUILDING, INC.,       )
 5                             )
         Plaintiff,            )
 6                             )
         VS.                   )  CASE NO.: 1:05-CV-1062-F
 7                             )
    CENTURYTEL SERVICE GROUP,  )
 8  L.L.C., et al.,            )
                               )
 9       Defendants.           )
10
11
12       The deposition of RICHARD A. LATTIME, taken
13  by the Defendants, pursuant to the Federal Rules of
14  Civil Procedure, before Kimberly B. Faucette, Certified
15  Court Reporter and Notary Public in and for the State of
16  Alabama at Large, at the law offices of John E. Byrd,
17  Dothan, Alabama, on the 11th day of September, 2006, at
18  10:00 a.m., pursuant to notice.
19
20                  *    *    *    *    *
21  APPEARANCES:
22  FOR THE PLAINTIFF:              FOR THE DEFENDANTS:
23  MR. JOHN E. BYRD                MR. CRAIG ALEXANDER
    Attorney at Law                 Attorney at Law
24  Dothan, Alabama                 Birmingham, Alabama
25
```

1  like that. That is probably what is going right there.
2     Q   I see an advertising expense on the 2005 of
3  $1,793.00?
4     A   Right. That is Verizon. I finally got into
5  their book, caught them where I could get some kind of
6  advertising in there.
7     Q   Again, that book is published in June?
8     A   June.
9     Q   Have you tried to figure out how much income,
10  how much profit, that is, that your company has lost
11  that you believe is due to this Yellow Pages problem?
12     A   I haven't personally, no. I just know that I
13  am going down and down and down. It just keeps going;
14  it is disappearing out of the company.
15     Q   There are some standard questions that lawyers
16  ask in depositions, and I am going to ask a few of
17  those. Have you ever been convicted of any crimes other
18  than traffic violations?
19     A   No. If I was, I couldn't have my licensing
20  through the State Home Builders Licensing Board. You
21  can't have any felony charges on it or anything. If you
22  owe anybody money, you have to notify them. They won't
23  renew your license if you owe anybody any materials or
24  stuff like that. Phone bills don't count.
25     Q   Are you a member of any social or civic