IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:05-cv-1062-MEF |
| v. | ) ) |
| CENTURYTEL SERVICE GROUP, LLC, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' REQUESTED VOIR DIRE QUESTIONS**

Defendants CenturyTel Service Group, LLC and L. M. Berry and Company submit the following requested voir dire questions:

1. Are any of you related by blood or marriage to Rick Lattime or to the attorney for the plaintiff in this case, John E. Byrd, Sr.?

2. If the answer to the previous question is "yes," can you describe this relationship with either Mr. Lattime or Mr. Byrd?

3. Are any of you acquainted with Rick Lattime, Janet Lattime, or John Byrd, either socially or through any business dealings?

4. If the answer to the previous question is "yes," can you describe the nature of your acquaintance with Mr. or Mrs. Lattime or with Mr. Byrd?

5. Have any of you ever contracted with Lattime Construction & Homebuilding to do any remodeling work on your home or to build a home for you?

6. Have any of you ever been directly involved in ordering advertising in a telephone directly, either for your own business or for your employer's business?

7.  If the answer to the preceding question is "yes", did you ever experience any problems with the publication of the directory advertising?

8.  If the answer to the preceding question is "yes", can you identify the telephone directory by the city in which is was published and the name of the telephone company that published the directory?

9.  Do you receive telephone service from CenturyTel?

10. If the answer to the previous question is "yes," have you had any complaints about the telephone service that CenturyTel has provided?

11. Are any of you, or any member of your immediate family, currently employed by L. M. Berry and Company or by any CenturyTel company, or have been employed by these companies in the last 10 years?

12. Have you ever been involved in any type of dispute, including but not limited to a legal dispute, with L. M. Berry and Company or by any CenturyTel Company?

13. If the answer to the previous question is "yes," can you give a short description of the nature of this dispute?

14. Have any of you, or any member of your immediate family, ever been represented by John Byrd, the attorney for the plaintiff in this case, by any attorney in Mr. Byrd's law firm, or by Craig Alexander, the attorney for the defendants in this case?

15. Is there any reason why you believe you could not serve as a fair and impartial juror in a civil action involving Lattime Construction and Homebuilding, L. M. Berry and Company, and CenturyTel Service Group, LLC?

        s/ Craig A. Alexander
        Craig A. Alexander (ASB-3390-N68C)
        Counsel for Defendants L. M. Berry and Company
        and CenturyTel Service Group, LLC

OF COUNSEL:

RUMBERGER, KIRK & CALDWELL, P.A.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone:   (205) 327-5550
Facsimile:    (205) 326-6786

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing requested voir dire questions on all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

        John E. Byrd, Sr.
        P.O. Box 536
        Dothan, AL 36302

On this the 9th day of February, 2007.

        s/ Craig A. Alexander
        OF COUNSEL