NOTICE - ALL COUNSEL OF RECORD

Civil Jury Term commencing February 26, 2007 before Chief Judge Mark E. Fuller

Lattime Construction and Home Building, Inc. vs. Centurytel Service Group, LLC, et al.
1:05cv1062-MEF

_____                               _____
John E. Byrd (Plaintiff)                                                              Craig A. Alexander (Defendant)