IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND ) | |
| HOME BUILDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-1062-MEF |
| ) | |
| CENTURYTEL SERVICE GROUP, LLC, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's First and Second Motions in Limine to Preclude Evidence (Doc. #50 & #51) filed on February 9, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before February 20, 2007 as to why the motion should not be granted.

DONE this the 14th day of February, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE