IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-1062-MEF |
| ) | |
| CENTURYTEL SERVICE GROUP, LLC, ) *et al.*, ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Plaintiff's Motion in Limine as to Documentary Evidence and Testimony of Defendants (Doc. # 48) filed on February 8, 2007, it is hereby

ORDERED that Defendants show cause in writing on or before February 22, 2007 as to why the motion should not be granted.

DONE this the 20th day of February, 2007.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE