## Berry Company

### Directory Advertising Order Signature Sheet

Telephone Company: _Century_

- [ ] Close In POST
- [X] Premise
- [ ] Telephone Sales

CLEC:

Directory: _DOTHAN_

- [ ] Local / Foreign
- [ ] $BSR

Directory Code: _103169_

_____ (Close Date) **Last Date That Customer Can Make Changes**

Account Area Code: _334_   Phone Number: _983-1818_

Account Name: _Lattime Construction + Home Building Inc_

Account Address: _—_

**TOTAL MONTHLY CHARGE FOR NEXT PUBLICATION**
_318.00_

TOTAL

NEW BILLED AMOUNT _318.00_

Applicant, personally, or as authorized representative, applies to L.M. Berry and Company for the advertising described above and on any associated printing orders, and for the continuance of any existing advertising not discontinued above. By signing this Order, or receipt of a copy without cancellation as set forth on the reverse, Applicant acknowledges having read, understood and agreed to the Terms & Conditions on the reverse. **LIABILITY FOR ERRORS AND/OR OMISSIONS IS LIMITED.**

EBD: _9/03_

**Billing Terms:**
- [ ] Issue: _____
- [X] Monthly
- [ ] Installment (30-60-90)

Print Authorized Signature: _RICK LATTIME_

Account Representative: _Huber_

Authorized Signature: [X] _SEE ATTACHED FAX_

Title: _OWNER_

| | MO | DAY | YR | Time: |
|---|---|---|---|---|
| | 7 | 14 | 03 | |

Instructions:

Retain Priority Placement _____

7 - _Listings_   16 @
2 - _1MS's_   33 @
2 - _5HS's_   70 @

_____ Number of Printing Orders Attached (NEW)

_____ Number of Printing Orders Attached (CHANGE)

- [ ] Customer Advised of Service Order Charge
- [ ] Credit Application Attached
- [ ] Keyed/GAP Ad. _____
- [ ] Proof Copy to be Mailed
- [ ] DCR/Service Order # _____  Date: _____
- Other: _____

DEFENDANT'S EXHIBIT
_2_
PENGAD 800-631-6989

No _Rick, Please sign at X above + Fax back to 850-476-1277 (attn: John Huber)_