IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATTIME CONSTRUCTION AND | ) | |
| HOME BUILDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1062-MEF |
| | ) | |
| CENTURYTEL SERVS. GROUP, L.L.C., | ) | |
| and THE BERRY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 36) filed on January 11, 2007. The court heard oral argument on the motion on February 6, 2007. On February 12, 2007, the parties submitted to the court the documents at issue for an in camera review. The court has completed its review. Accordingly, it is

ORDERED that this matter be and is hereby set for oral argument on the motion to compel be and is hereby SET for **3:00 p.m. on February 23, 2007,** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 22nd day of February, 2007.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE