IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | CASE NO. 1:05-cv-1062-MEF |
| CENTURYTEL SERVICE GROUP, LLC, ) *et al.,* ) ) | |
| Defendants. ) | |

## O R D E R

Upon consideration, it is hereby ORDERED that

1. Defendants' Motion to Preclude (Doc. # 50) filed February 9, 2007 is DENIED with leave to raise at the appropriate point in the trial.

2. Defendants' Motion in Limine to Preclude Expert Witness Testimony by Earl Jernigan, CPA (Doc. # 51) filed February 9, 2007 is CONDITIONALLY GRANTED.

3. Plaintiff's Motion in Limine as to Documentary Evidence and Testimony of Defendants (Doc. # 48) filed February 8, 2007 is CONDITIONALLY GRANTED.

DONE this the 23rd day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE