**MINUTES**
**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION**

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 2/23/07 | AT | 3:01 p.m. to 3:17 p.m. |
| DATE COMPLETED: 2/23/07 | AT | FTR RECORDING |

LATTIME CONSTRUCTION AND HOME BUILDING, INC.

    Plaintiff

vs..

CENTURYTEL SERVICE GROUP, et al

    Defendant

CASE NO. 1:05CV-1062-MEF-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. John E. Byrd | | Atty. Craig A. Alexander |

---

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

---

( X ) OTHER PROCEEDINGS:     ***ORAL ARGUMENTS RE: MOTION TO COMPEL***

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | oral arguments Re; Motion to compel - 05cv1062-MEF-CSC |
| **Date** | 2 /23/2007 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3 :01:06 PM | Court | Coourt convenes; parties present as noted; Discussion as to the contracts with Atty Alexander; Atty. Boyd is asked to execused and to wait outside; Discussion with Atty. Alexander as to why shouldn't plaintiff have paragragh 8 of the contract ; |
| 3 :02:51 PM | Atty. Alexander | Response; |
| 3 :03:18 PM | Court | Discusssion as to plaintiff's understanding of the releationship with Centurytel and Berry; |
| 3 :03:44 PM | Atty. Alexander | Response; |
| 3 :04:52 PM | Court | Discussion as to relationship between the entities and whether or not this paragraph show something about that relationship as to whether or not its related to the questions of advertising; |
| 3 :05:21 PM | Atty. Alexander | Response;Referring to 8.1, 8.2 and 8.3; |
| 3 :05:32 PM | Court | 8.1; |
| 3 :05:52 PM | Atty. Alexander | Response as to 8.2; |
| 3 :05:56 PM | Court | 8.2 and 8.3; |
| 3 :06:02 PM | Atty. Alexander | Response as to 8.3; |
| 3 :06:33 PM | Court | Discussion as to the second amended to the master services agreement; |
| 3 :07:07 PM | Atty. Alexander | Response; |
| 3 :07:35 PM | Court | Discussions as to the letter dated February 12th which specified certain sections of the contract referring to ssection 1, section 7, 7.6, 7.9 and with addition 8.1 and 8.2, that the court should order the deft to provide the redacted contract that has those paragraphs in it; |
| 3 :08:25 PM | Atty Alexander | Response; |
| 3 :08:31 PM | Court | Ask that Mr. Byrd return to the courtroom; |
| 3 :09:01 PM | Court | Jury selection is set for Monday morning; Court has order that the defts provide to Atty. Byrd a redacted contract not later than Monday; that includes section 1, 7, 7.6, 7.9 along with section 4.1 the financials schedules and also paragraphs 8.1 and 8.2; |
| 3 :10:27 PM | Atty. Byrd | Addresses the court as to parts included to be provided; Such as the relationship of the parties whether it was an agency, independent contractor or what it was; |
| 3 :10:57 PM | Court | Response - contact does not touch on that, but there is a section of the contact that talks about a potential continuing relationship; |
| 3 :11:49 PM | Atty. Alexander | Paragraph 4.0 have some language in that regard; |
| 3 :12:28 PM | Court | The sections that are required to disclosed to you describes the relationship bewteen these parties in terms of there responsibilities to each other; |
| 3 :13:24 PM | Atty. Byrd | What payments, etc., Does Centrytel pay Berry Company? |
| 3 :13:31 PM | Court | Response; |

| 3:14:35 PM | Atty. Byrd | Does what is given indicate who the advertiser is to pay; |
|---|---|---|
| 3:14:44 PM | Court | Response -Not sure; |
| 3:14:59 PM | Atty. Alexander | Under section 4.0 the financial schedule that provides that Centurytel through its normal billing process shall having billing and collections rsponsiblity for local exchange area; |
| 3:15:12 PM | Court | Response -section 7.0 addresses that question also; |
| 3:15:29 PM | Atty. Byrd | Does it say whose responsible for incorrect ads; |
| 3:16:03 PM | Court | No. |
| 3:16:10 PM | Atty. Byrd | Does show the duty of each party to each other; |
| 3:16:14 PM | Court | You will get those paragraphs that specify that insofar as the issues in the case; |
| 3:16:24 PM | Atty. Byrd | And it talks about who has control and who don't have control; |
| 3:16:30 PM | Court | Response; |
| 3:16:52 PM | | |
| 3:16:53 PM | Atty. Byrd | That's 7.0 and 4.0 in addition to what I get; |
| 3:16:54 PM | Court | It's section 1, 7.0, 7.6, 7.9, 4.1, 8.1, 8.2 and 4.0; |
| 3:17:11 PM | Atty. Alexander | I will happy to sit here with Atty. Byrd and talk about these; |
| 3:17:18 PM | Court | That's fine, we don't have anything else set for this afternoon; |
| 3:17:27 PM | Court | Court is recessed. |