IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:05cv1062-MEF |
| CENTURYTEL SERVS. GROUP, L.L.C., ) and THE BERRY COMPANY, ) ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 36) filed on January 11, 2007. The court heard oral argument on the motion on February 6, 2007. On February 12, 2007, the parties submitted to the court the documents at issue for an in camera review. The court has completed its review. On February 23, 2007, the court held an ex parte hearing with the defendants and thereafter heard oral argument on the motion to compel. Upon consideration of the motion, its review of the documents and oral argument, and in accordance with the court's ruling in open court, it is

ORDERED as follows:

1. That plaintiff's motion to compel (doc. # 36) be and is hereby GRANTED to the extent that the defendants shall produce a redacted version of the Master Directory Services Agreement, Amendment and Second Amendment with the following sections:

    1.0    Scope of Agreement
    4.0    Term
    7.0    Publishing

       7.6    Printing
       7.9    Payments
       8.1    Subscriber Listings and
       8.2    Classified Database

2. That the defendant shall produce section 4.1 of the Financial Schedule.

3. That the defendant shall produce the redacted contract on or before February 26, 2007.

4. That the motion to compel be and is hereby DENIED in all other respects.

Done this 26th day of February 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE