IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CENTURYTEL SERVICE GROUP, LLC, )<br>*et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-1062-MEF |

## **O R D E R**

Upon notification that the parties have settled this case, it is hereby ORDERED that:

1. Because the jury has been qualified in this case, the parties shall attend a conference on the record on March 5, 2007, at 2:00 p.m. in Dothan.

2. The jurors need not attend this conference unless otherwise notified. The jury shall not be released until after the conference.

3. The Clerk is directed to notify the jurors selected that their attendance on March 5, 2007 is not necessary but shall not release the jurors until otherwise notified.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE