**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LATTIME CONSTRUCTION AND** | ) | |
| **HOME BUILDING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:05-cv-1062-MEF** |
| **v.** | ) | |
| | ) | |
| **L.M. BERRY AND COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

The Defendants, L. M. Berry and Company and CenturyTel Service Group, LLC., give notice of the appearance of DANIEL A. FEIG of the law firm of RUMBERGER, KIRK & CALDWELL, P.A., as its additional counsel in the above-styled case.

This 5th day of March, 2007.

_____
DANIEL A. FEIG, ESQUIRE (FEI002)
Counsel for Defendants L.M. Berry and Company
and CenturyTel Service Group, LLC

**OF COUNSEL:**

RUMBERGER, KIRK & CALDWELL, PA PC
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone: (205) 327-5550
Facsimile: (205) 326-6786

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record via electronic transmission:

John E. Byrd
P.O. Box 536
Dothan, AL 36302

On this 5th day of March, 2007.

OF COUNSEL