# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING             AT DOTHAN, AL

DATE COMMENCED:   2/26/07           AT:   10:20 a.m.
DATE COMPLETED:   2/26/07           AT:   11:50 a.m.

| | | |
|---|---|---|
| Lattime Construction & Home Building, Inc. | § § | |
| vs. | § § § | CV. NO.  1:05CV1062-MEF |
| Centurytel Service Group, LLC, et al. | § | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| John E. Byrd | | Craig Alan Alexander |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk
Risa Entrekin, Court Reporter

COURTROOM  PROCEEDINGS:

( X )  **Jury Selection**

| | |
|---|---|
| 10:20 a.m. - | Court convenes. |
| | Court makes opening statements to jury panel. |
| | Court gives general qualification, oath and swears jury in. |
| | Voir dire begins. |
| 11:20 a.m. - | Court is in recess. |
| 11:35 a.m. - | Court reconvenes. |
| | Jury panel is selected, sworn, seated and then dismissed with instructions to return for service on Monday, March 5, 2007. |
| 11:50 a.m. - | Court is in recess. |