IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND ) <br> HOME BUILDING, INC., ) <br>   ) <br>   Plaintiff, ) <br> v.  ) <br>   ) <br> CENTURYTEL SERVICE GROUP, LLC, ) <br> *et al.,* ) <br>   ) <br>   Defendants. ) | CASE NO. 1:05-cv-1062-MEF |

## **O R D E R**

The parties having represented to the Court at the hearing on March 5, 2007 that they have reached settlement in this matter, it is hereby ORDERED that:

1. The jury selected in this case is dismissed.

2. The parties shall file a joint stipulation of dismissal on or before March 19, 2007.

DONE this the 7th day of March, 2007.

                                                    /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE