# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT DOTHAN, AL

DATE COMMENCED:   3/5/07          AT:   2:00 p.m.
DATE COMPLETED:   3/5/07          AT:   2:10 p.m.

Lattime Construction & Home Building, Inc.   §
                                             §
vs.                                          §   CV. NO. 1:05CV1062-MEF
                                             §
Centurytel Service Group, LLC, et al.        §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| John E. Byrd | | Daniel Feig |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk
Debbie Vann, Court Reporter

COURTROOM PROCEEDINGS:

( X ) **Settlement Conference**

2:00 p.m. -   Court convenes.
              Court discusses the settlement between the parties in this case and when they will be filing the joint stipulation of dismissal.
              Defense counsel states that they will have the stipulation of dismissal filed within 14 days.
              Court will release jurors from service in this case, impose juror costs in the amount of $490.72 against defendants and the Court will enter the final order when the stipulation of dismissal is filed within 14 days.
2:10 p.m. -   Court is in recess.