IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 MAR 14  A 9: 21

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., ) ) ) | |
| Plaintiff, ) ) | Case No. 1:05-cv-1062-MEF |
| v. ) ) | |
| L.M. BERRY AND COMPANY, et al., ) ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff and counterclaim defendant Lattime Construction and Home Building, Inc., defendant CenturyTel Service Group, LLC, and defendant and counterclaimant L. M. Berry and Company, by and through their counsel of record, hereby show unto the Court that the parties have reached an amicable settlement of their disputes, and stipulate that all claims of all parties in this action can be, and should be, dismissed with prejudice, with costs of court taxed to L. M. Berry and Company. Stipulated on this the __12__ day of March, 2007.

_____
John E. Byrd, Sr.
Counsel for Lattime Construction and Home Building, Inc.

_____
Craig A. Alexander
Counsel for L. M. Berry and Company and CenturyTel

OF COUNSEL:

211 West Main Street, Suite 1
Dothan, AL 36301
Telephone: (334) 794-0759
Facsimile: (334) 792-0163

OF COUNSEL:

RUMBERGER, KIRK & CALDWELL, PA PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone: (205) 327-5550
Facsimile: (205) 326-6786