IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND ) | |
| HOME BUILDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-1062-MEF |
| ) | |
| CENTURYTEL SERVICE GROUP, LLC, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that the Final Judgment (Doc. # 73) filed on March 15, 2007 is VACATED.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE