IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATTIME CONSTRUCTION AND HOME BUILDING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTURYTEL SERVICE GROUP, LLC, )<br>*et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-1062-MEF |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #72) filed by the parties on March 14, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, with Jury costs taxed to Defendant L. M. Berry and Company in the amount of $490.72.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE